# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PACIFIC EDGE DIAGNOSTICS USA, LTD.**<br><br>1214 Research Boulevard, Ste. 2000<br>Hummelstown, PA 17036,<br><br>　　　　　　*Plaintiff*,<br><br>v.<br><br>**ROBERT F. KENNEDY**, *in his official capacity as Secretary of Health and Human Services*<br><br>200 Independence Avenue, SW<br>Washington, DC 20201,<br><br><br>**NOVITAS SOLUTIONS, INC.**<br><br>2020 Technology Parkway, Suite 100<br>Mechanicsburg, PA 17050,<br><br>　　　　　　*Defendants*. | No. 1:25-CV-00291<br><br>Hon. Keli M. Neary<br>United States District Judge |

### PLAINTIFF'S MOTION FOR LEAVE
### TO FILE A BRIEF IN EXCESS OF THE WORD LIMIT

Plaintiff Pacific Edge Diagnostics USA, Ltd. files this Motion for Leave to File a Brief in Excess of the Word Limit, pursuant to Local R. 7.8, in opposition to Defendants' Motion to Dismiss. Pacific Edge has filed a brief in support of the Motion, consistent with Local R. 7.5. Pacific Edge respectfully requests that this

1

Court grant the Motion and permit Pacific Edge to file a brief not to exceed 8,000 words in length, exclusive of tables and signature blocks.

Dated: March 31, 2025

          ARNALL GOLDEN GREGORY LLP

          /s/ *Brian R. Stimson*
          Brian R. Stimson, Bar No.: 1657563
          2100 Pennsylvania Avenue NW
          Washington, DC 20037
          Telephone: 202-677-4948
          brian.stimson@agg.com

          *Pro Hac Vice*

          McNEES WALLACE & NURICK LLC

          /s *Sarah Hyser-Staub*
          Sarah Hyser-Staub PA I.D. No. 315989
          James T. Clancy  PA I.D. No. 54339
          100 Pine Street
          Harrisburg, PA 17101
          Telephone No. (717) 237-5473
          sstaub@mcneeslaw.com
          jclancy@mcneeslaw.com

## CERTIFICATE OF WORD COUNT COMPLIANCE

I hereby certify that the foregoing brief is 80 words according to the word count feature of Microsoft Word.

                      ARNALL GOLDEN GREGORY LLP

                      */s  Brian R. Stimson*
                      Brian R. Stimson, D.C. Bar No.: 1657563
                      2100 Pennsylvania Avenue NW
                      Washington, DC 20037
                      Telephone: 202-677-4948
                      brian.stimson@agg.com

                      *Pro Hac Vice*


                      McNEES WALLACE & NURICK LLC

                      */s  Sarah Hyser-Staub*
                      Sarah Hyser-Staub, PA I.D. No. 315989
                      James T. Clancy,  PA I.D. No. 54339
                      100 Pine Street
                      Harrisburg, PA 17101
                      Telephone No. (717) 237-5473
                      sstaub@mcneeslaw.com
                      jclancy@mcneeslaw.com

Dated:  March 31, 2025

## **CERTIFICATE OF CONCURRENCE PURSUANT TO LOCAL R. 7.1**

The undersigned hereby certifies that counsel for Pacific Edge consulted counsel for Defendants Robert F. Kennedy and Novitas Solutions, Inc. regarding the request found herein. Opposing counsel confirmed Defendants concur with this request.

ARNALL GOLDEN GREGORY LLP

*/s  Brian R. Stimson*
Brian R. Stimson, D.C. Bar No.: 1657563
2100 Pennsylvania Avenue NW
Washington, DC 20037
Telephone: 202-677-4948
brian.stimson@agg.com

*Pro Hac Vice*

McNEES WALLACE & NURICK LLC

*/s  Sarah Hyser-Staub*
Sarah Hyser-Staub, PA I.D. No. 315989
James T. Clancy,  PA I.D. No. 54339
100 Pine Street
Harrisburg, PA 17101
Telephone No. (717) 237-5473
sstaub@mcneeslaw.com
jclancy@mcneeslaw.com

Dated:  March 31, 2025

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date the foregoing document was e-filed via CM/ECF and served by hand delivery, as follows:

Robert F. Kennedy
*in his official capacity as*
*Secretary of Health and Human Services*
c/o United States Department of Justice
United States Attorney's Office
for the Middle District of Pennsylvania
Sylvia H. Rambo United States Courthouse
1501 N. 6th Street, 2nd Floor
Harrisburg, PA 17102

Novitas Solutions, Inc.
2020 Technology Parkway, Suite 100
Mechanicsburg, PA 17050


ARNALL GOLDEN GREGORY LLP

*/s  Brian R. Stimson*
Brian R. Stimson, D.C. Bar No.: 1657563
2100 Pennsylvania Avenue NW
Washington, DC 20037
Telephone: 202-677-4948
brian.stimson@agg.com

*Pro Hac Vice*


McNEES WALLACE & NURICK LLC

*/s  Sarah Hyser-Staub*
Sarah Hyser-Staub, PA I.D. No. 315989
James T. Clancy,  PA I.D. No. 54339

5

                                        100 Pine Street  
                                        Harrisburg, PA 17101  
                                        Telephone No. (717) 237-5473  
Dated: March 31, 2025                 sstaub@mcneeslaw.com  
                                        jclancy@mcneeslaw.com