IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PACIFIC EDGE DIAGNOSTICS USA, LTD.**<br><br>1214 Research Boulevard, Ste. 2000<br>Hummelstown, PA 17036,<br><br>     *Plaintiff*,<br><br>v.<br><br>**ROBERT F. KENNEDY**, *in his official capacity as Secretary of Health and Human Services*<br><br>200 Independence Avenue, SW<br>Washington, DC 20201,<br><br><br>**NOVITAS SOLUTIONS, INC.**<br><br>2020 Technology Parkway, Suite 100<br>Mechanicsburg, PA 17050,<br><br>     *Defendants*. | No. 1:25-CV-00291<br><br>Hon. Keli M. Neary<br>United States District Judge |

**ORDER**

  NOW, this _____ day of _____, 2025, upon consideration of Plaintiff Pacific Edge Diagnostics USA, Ltd.'s Motion to Exceed the Word Limit, and for good cause shown, the motion is GRANTED.

  Accordingly, it is hereby ORDERED that Pacific Edge may file a brief in support of its opposition to Defendants' Motion to Dismiss that exceeds the page

and word limits found in Local R. 7.8(b), not to exceed 8,000 words, exclusive of tables and signature blocks.

_____
HON. KELI M. NEARY
United States District Judge