## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**PACIFIC EDGE DIAGNOSTICS USA, LTD.**

1214 Research Boulevard, Ste. 2000
Hummelstown, PA 17036,

*Plaintiff,*

v.

**ROBERT F. KENNEDY**, *in his official capacity as Secretary of Health and Human Services*

200 Independence Avenue, SW
Washington, DC 20201,

**NOVITAS SOLUTIONS, INC.**

2020 Technology Parkway, Suite 100
Mechanicsburg, PA 17050,

*Defendants.*

No. 1:25-CV-00291

Hon. Keli M. Neary
United States District Judge

## ORDER

NOW, this _____ day of _____, 2025, upon consideration of Plaintiff Pacific Edge Diagnostics USA, Ltd.'s Motion to Exceed the Word Limit, and for good cause shown, the motion is GRANTED.

Accordingly, it is hereby ORDERED that Pacific Edge may file a reply brief in support of Plaintiff's Motion for a Preliminary Injunction that exceeds the page and word limitations found in Local R. 7.8(b), not to exceed 6,000 words.

_____
HON. KELI M. NEARY
United States District Judge