# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PACIFIC EDGE DIAGNOSTICS USA, LTD.,** | : | CIVIL ACTION NO. 1:25-CV-291 |
| | : | |
| | : | **(Judge Neary)** |
| **Plaintiff** | : | |
| | : | |
| v. | : | |
| | : | |
| **ROBERT F. KENNEDY, in his official capacity as Secretary of Health and Human Services, and NOVITAS SOLUTIONS, INC.,** | : | |
| | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 23rd day of April, 2025, upon consideration of plaintiff Pacific Edge Diagnostics USA, LTD.'s motion (Doc. 3) for a preliminary injunction or summary judgment, as well as defendants Robert F. Kennedy and Novitas Solutions, Inc.'s ("Defendants") motion (Doc. 29) to dismiss, and the parties' respective briefs in support of and in opposition to these motions, (see Docs. 4, 28, 30, 38, 39, 42), and for the reasons to be set forth in an accompanying memorandum, it is hereby ORDERED that:

1. Defendants' motion (Doc. 29) to dismiss is GRANTED.

2. Pacific Edge's motion (Doc. 3) for a preliminary injunction or summary judgement is DENIED as moot.

3. The Clerk of Court is DIRECTED to CLOSE this case.

/S/ Keli M. Neary
Keli M. Neary
United States District Judge
Middle District of Pennsylvania
